UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

STATE FARM FIRE AND CASUALTY COMPANY

    Plaintiff,

    v.                Civil Action No. 2:25-cv-6581

REIMAGINED PARKING INC.

    Defendant.

### DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2) where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

| **Reimagined Parking, LLC.** **(i/p/a Reimagined Parking, Inc.)** | **Delaware** |
|---|---|
| (Party/Intervenor) | (Citizenship) |
| (Party/Intervenor) | (Citizenship) |
| (Party/Intervenor) | (Citizenship) |

12/15/25
Date

*James J. Green, Esquire*
Signature of Attorney or Litigant
Counsel for Defendants