UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY** : : : | |
| Plaintiff, : | CASE NO. 2:25-cv-6581 |
| vs. : : | |
| **REIMAGINED PARKING INC.** : : | |
| Defendants | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel certifies that defendant **Reimagined Parking, LLC,** is a non-governmental corporation and that:

**x**   This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here: **Parking TopCo, LLC**

☐   This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Respectfully submitted,

**BBC LAW, LLP**

Date: 12/15/2025          By:   */s/ James J. Green, Esquire*
James J. Green, Esquire
Harrison N. Hagelgans, Esquire
ID Nos. 205594/328820
2005 Market Street, Suite 1940
Philadelphia, PA 19958
Phone: 856-291-9771
Fax: 866-368-5234
Emails: jgreen@bbclawfirm.com
          hhagelgans@bbclawfirm.com